**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Illinois__
                         (State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                              12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code

   Check one:
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. Debtor's name: __FC-1 LLC, Series 163 W. Division G-A__

3. Other names you know the debtor has used in the last 8 years: __N/A__

   Include any assumed names, trade names, or *doing business as* names.

4. Debtor's federal Employer Identification Number (EIN)
   ☐ Unknown
   __9__ __0__ - __0__ __7__ __1__ __3__ __6__ __1__ __7__
   EIN

5. Debtor's address

   **Principal place of business**
   __2934 W.__ __Montrose Ave.__
   Number        Street

   __Suite 105__

   __Chicago__           __IL__   __60618__
   City                  State    ZIP Code

   __Cook County__
   County

   **Mailing address, if different**
   _____  _____
   Number          Street

   _____
   P.O. Box

   _____  _____  _____
   City            State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   __163 W.__ __Division Street__
   Number     Street

   __Unit G-A__

   __Chicago__           __IL__   __60610__
   City                  State    ZIP Code

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 1

Debtor  **FC-1 LLC, Series 163 W. Division G-A**                                    Case number (if known) _____
        Name

6. Debtor's website (URL)    N/A

7. Type of debtor
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. Type of debtor's business

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the types of business listed.
   - ☐ Unknown type of business.

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?
   - ☒ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY

## Part 3: Report About the Case

10. Venue

    Check one:
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. Allegations

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. Has there been a transfer of any claim against the debtor by or to any petitioner?
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor **FC-1 LLC, Series 163 W. Division G-A**
Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Northbrook Bank & Trust Co. | Judgment Lien | $ 1,373,811.72 * |
| | | $ |
| | | $ |

*Plus costs and interest

Total of petitioners' claims $ 1,373,811.72

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
**Northbrook Bank & Trust Co.**
Name
**1100 Waukegan Road**
Number   Street
**Northbrook**     **IL**     **60662**
City     State     ZIP Code

Name and mailing address of petitioner's representative, if any
**Kristin Heskett**
Name
**9700 W. Higgins Road, Suite 650**
Number   Street
**Rosemont**     **IL**     **60018**
City     State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06 28 2017**
MM / DD / YYYY

x _____ Vice President
Signature of petitioner or representative, including representative's title

**Attorneys**

**Kara Allen**
Printed name
**Chuhak & Tecson, P.C.**
Firm name, if any
**30 S. Wacker Drive, Suite 2600**
Number   Street
**Chicago**     **IL**     **60606**
City     State     ZIP Code

Contact phone **(312)849-4136**    Email **kallen@chuhak.com**

Bar number **6280768**

State **IL**

x **Kara Allen**
Signature of attorney

Date signed **06 20/2017**
MM / DD / YYYY

Debtor  FC-1 LLC, Series 163 W. Division G-A                Case number (if known)_____
        Name

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City              State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City              State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City              State         ZIP Code

Contact phone _____ Email _____

Bar number     _____

State          _____

✗ _____
Signature of attorney

Date signed    _____
               MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City              State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City              State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City              State         ZIP Code

Contact phone _____ Email _____

Bar number     _____

State          _____

✗ _____
Signature of attorney

Date signed    _____
               MM / DD / YYYY